IN THE UNITED STATES BANKRUPTCY COURT
FOR SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

In re:                                  Case Number 18-33595

       Marchbanks, Jr., Elmer R.        Chapter 13

                                           Judge Guy R. Humphrey
                           Debtor.

                                           <u>NOTICE OF CONVERSION FROM
CHAPTER 13 TO CHAPTER 7</u>

Now comes the Debtor, by and through Counsel, and hereby gives notice of intent to convert this case from Chapter 13 to Chapter 7.

                                           Respectfully Submitted,

                                           <u>/s/John F. Kennel</u>
                                           John F. Kennel, #0090218
                                           Case Attorney for Debtor(s)
                                           1340 Woodman Drive
                                           Dayton, Ohio 45432
                                           (937) 252-2030
                                           FAX: (937) 252-9425

## CERTIFICATE OF SERVICE

I certify that on March 17, 2021 a copy of the foregoing was served on the following registered ECF participants, electronically through the Court's ECF System at the email address registered with the Court.

U.S. Trustee
John G. Jansing, Chapter 13 Trustee

And on the following via ordinary U.S. Mail:

Elmer R.   Marchbanks, Jr.,    5475 Dunmore Drive, Dayton, Ohio   45459

Creditors and other interested parties as shown on the Declaration of Mailing and Certificate of Service filed with the Court on March 17, 2021

                                           <u>/s/John F. Kennel</u>
                                           John F. Kennel

# **UNSWORN DECLARATION UNDER PENALTY OF PERJURY**

I, _____Elmer R.     Marchbanks, Jr._____,

certify under penalty of perjury that I read the foregoing

_____Notice of Conversion_____ and that it is true to the best of my

knowledge, information, and belief.

Executed on: _____March 11, 2021_____

                                         /s/ Elmer R.     Marchbanks, Jr.
                                         Elmer R.     Marchbanks, Jr.
                                         Debtor