**Fill in this information to identify your case:**

Debtor 1: **Elmer R. Marchbanks, Jr.**
First Name   Middle Name   Last Name

Debtor 2: 
(Spouse if, filing)
First Name   Middle Name   Last Name

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF OHIO

Case number **3:18-bk-33595**
(if known)

☐ Check if this is an amended filing

Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7    12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**
■ creditors have claims secured by your property, or
■ you have leased personal property and the lease has not expired.

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form**

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

### Part 1: List Your Creditors Who Have Secured Claims

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Capital One Auto Finance**<br><br>Description of property securing debt: **2013 Chevrolet Malibu 82000 miles**<br>**2013 Chevrolet Malibu Eco VIN #1G11D5SR6DF262442 82,000 Miles** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]: | ☐ No<br><br>■ Yes |
| Creditor's name: **Citifinancial**<br><br>Description of property securing debt: **1989 Pontiac Firebird GTA VIN #1G2FW2188KL229704 130,000 Miles Vehicle doesn't run - hasn't been used in 5 years** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]: | ☐ No<br><br>■ Yes |
| Creditor's name: **Montgomery County Treasurer** | ■ Surrender the property. | ☐ No |

Official Form 108       **Statement of Intention for Individuals Filing Under Chapter 7**       page 1

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

| Debtor 1 | Elmer R. Marchbanks, Jr. | | Case number (*if known*) | 3:18-bk-33595 |
|---|---|---|---|---|

| | | | |
|---|---|---|---|
| name: | | ☐ Retain the property and redeem it. | ■ Yes |
| Description of property securing debt: | 4808 Olive Road Dayton, OH 45426  Montgomery County | ☐ Retain the property and enter into a *Reaffirmation Agreement*. ☐ Retain the property and [explain]: | |

| | | | |
|---|---|---|---|
| Creditor's name: | Ohio Dept. of Taxation | ■ Surrender the property. ☐ Retain the property and redeem it. | ☐ No |
| Description of property securing debt: | 4808 Olive Road Dayton, OH 45426  Montgomery County | ☐ Retain the property and enter into a *Reaffirmation Agreement*. ☐ Retain the property and [explain]: | ■ Yes |

| | | | |
|---|---|---|---|
| Creditor's name: | U.S Attorney's Office | ■ Surrender the property. ☐ Retain the property and redeem it. | ☐ No |
| Description of property securing debt: | Past Due Taxes Notice Only | ☐ Retain the property and enter into a *Reaffirmation Agreement*. ☐ Retain the property and [explain]: | ■ Yes |

| | | | |
|---|---|---|---|
| Creditor's name: | Wells Fargo Bank NA | ■ Surrender the property. ☐ Retain the property and redeem it. | ☐ No |
| Description of property securing debt: | 4808 Olive Road Dayton, OH 45426  Montgomery County | ☐ Retain the property and enter into a *Reaffirmation Agreement*. ☐ Retain the property and [explain]: | ■ Yes |

### Part 2: List Your Unexpired Personal Property Leases

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name: Description of leased Property: | ☐ No ☐ Yes |
| Lessor's name: Description of leased Property: | ☐ No ☐ Yes |
| Lessor's name: Description of leased Property: | ☐ No ☐ Yes |
| Lessor's name: Description of leased Property: | ☐ No ☐ Yes |
| Lessor's name: | ☐ No |

Debtor 1 **Elmer R. Marchbanks, Jr.** Case number (*if known*) **3:18-bk-33595**

| Description of leased Property: | ☐ Yes |
|---|---|
| Lessor's name: | ☐ No |
| Description of leased Property: | ☐ Yes |
| Lessor's name: | ☐ No |
| Description of leased Property: | ☐ Yes |

### Part 3:  Sign Below

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

X **/s/ Elmer R. Marchbanks, Jr.**           X _____
**Elmer R. Marchbanks, Jr.**                     Signature of Debtor 2
Signature of Debtor 1

Date   **March 11, 2021**                         Date

CERTIFICATE OF SERVICE

      I hereby certify that on March 24, 2021, a copy of the foregoing Statement of Intent and Notice of Meeting of Creditors was served on the following registered ECF participants, electronically through the Court's ECF System at the email address registered with the Court:

U.S. Trustee
Chapter 7 Trustee

And on the following by ordinary U.S. Mail addressed to:

Elmer R. Marchbanks, Jr., 5475 Dunmore Drive, Dayton, Ohio 45459

Capital One Auto Finance c/o AIS Portfolio Services, LP, 4515 N. Santa Fe Avenue, Dept. APS, Oklahoma City, OK 73118

Citifinancial, 6044 Wilmington Pike, Dayton, Ohio 45459

Montgomery County Treasurer, 451 W. Third Street, Dayton, Ohio 45422-0002

Ohio Department of Taxation, PO Box 182401, Columbus, Ohio 43218-2401

Wells Fargo Bank NA, Attention Bankruptcy Department, 3476 Stateview Blvd., MAC D3347-014, Fort Mill SC 29715-7203

US Bank Trust, NA as Trustee for Cabana Series III Trust c/o BSI Financial Service, 1425 Greenway Drive, Suite 400, Irving, TX 75038

Citifinancial, 6044 Wilmington Pike, Dayton, Ohio 45459

                                                /s/ John Frederick Kennel
                                                John Frederick Kennel