## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | * | Case No.  18-33595 |
|    Elmer Marchbanks, Jr. | * | |
| | * | Chapter 7 (Judge Humphrey) |
| | * | |
|    Debtor | * | **AMENDMENT** |
| | * | |

*********************************************************************

   Now comes the Debtor, by and through  his  undersigned Counsel, and hereby amends  his  Petition as follows:

   To amend Schedule F to include the following pre-petition creditors

   Premier Health Partners
c/o RMP, LLC
Box 519
Sauk Rapids, MN  56379-0519
Amount:  $21,266.61

Notice  Only:

Premier Health Partners
110 North Main Street
Dayton, Ohio  45402

Premier Physician Network
PO Box 932807
Cleveland, Ohio  44193-2807
Amount:  $2514.54

Miami Valley Emergency Specialists
4460 Lake Forest Drive
Suite 216
Cincinnati, Ohio  45242
Amount:  $693.00

Notice Only:

Choice Recovery, Inc.
1105 Schrock Rd., Suite 700
Columbus, Ohio   43229


MVHE, Inc.
PO Box 932807
Cleveland, Ohio  44193-2807
Amount :  $1,355.06


Premier Health Specialists, Inc.
PO Box 932807
Cleveland, Ohio  44193-2807
Amount:  $1,070.48


Radiology Physicians Inc.
PO Box 71430
Cincinnati, Ohio  45271-4030
Amount:  $32.00



Respectfully Submitted,

/s/   John Frederick Kennel
John Frederick Kennel, #0090218
Attorney for Debtors
1340 Woodman Drive
Dayton, Ohio 45432
(937) 252-2030
(937) 252-9425 (FAX)
Email: john@kzlawohio.com

## CERTIFICATE OF SERVICE

      I hereby certify that on <u>March 24, 2021</u> a copy of the foregoing Amendment was served on the following registered ECF participants electronically through the Court's ECF System at the e-mail address registered with the Court:

Erin C. Renneker, Chapter 7 Trustee
United States Trustee
Capital One Auto Finance c/o Jon J. Lieberman
Ohio Department of Taxation c/o Bradley C. Smith

And on the following by ordinary U.S. Mail on  March 24, 2021  addressed to:

Capital One Auto Finance, AIS Portfolio Services, LP, 4515 N. Santa Fe Avenue, Oklahoma City, OK 73118

Elmer R. Marchbanks, Jr., 5475 Dunmore Drive, Dayton, Ohio 45459

U.S. Bank Trust, NA c/o BSI Financial Services, 1920 Old Tustin Avenue, Santa Ana, CA 92705

Creditors and other interested parties as shown on the attached matrix

                                                <u>/s/  John Frederick Kennel</u>
                                                John Frederick Kennel

# **UNSWORN DECLARATION UNDER PENALTY OF PERJURY**

I Elmer R. Marchbanks, Jr., certify under penalty of perjury that I read the foregoing  Amendment  and that it is true to the best of my knowledge, information, and belief.

Executed on:     March 11, 2021

/s/   Elmer R. Marchbanks, Jr.
Elmer R. Marchbanks, Jr.
Debtor

Premier Health Partners
c/o RMP, LLC
Box 519
Sauk Rapids, MN  56379-0519


Premier Health Partners
110 North Main Street
Dayton, Ohio  45402


Premier Physician Network
PO Box 932807
Cleveland, Ohio  44193-2807


Miami Valley Emergency Specialists
4460 Lake Forest Drive
Suite 216
Cincinnati, Ohio  45242


Choice Recovery, Inc.
1105 Schrock Rd., Suite 700
Columbus, Ohio   43229


MVHE, Inc.
PO Box 932807
Cleveland, Ohio  44193-2807


Premier Health Specialists, Inc.
PO Box 932807
Cleveland, Ohio  44193-2807


Radiology Physicians Inc.
PO Box 71430
Cincinnati, Ohio  45271-4030